# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>DELMAC CONSTRUCTION & DEVELOPMENT, INC. a California corporation; DELCAL BUILDERS, INC., a California limited liability company; SHAHCOOL LLC, a California limited liability company; RAMIN EMAMI, an individual; VICKI A. EMAMI, an individual,<br><br>    Defendants. | Case No. 2:12-cv-09305 DSF (VBKx)<br><br>**JUDGMENT** |

    The Court having granted summary judgment on September 4, 2013 [Doc. No. 37] against Defendants, Delmac Construction & Development, Inc. (Delmac Construction) and Shahcool, LLC (Shahcool) and in favor of Plaintiff, Great American Insurance Company (Great American), and there being no apparent reason for delay in entry of judgment,

    IT IS ORDERED that judgment be entered against Delmac Construction and Shahcool and in favor of Great American in the amount of $6,254,130.45.

    IT IS FURTHER ORDERED that judgment shall not be entered against

Defendants Ramin Emami and Vicki Emami because a Default Judgment was entered against Ramin Emami and Vicki Emami and in favor of Great American in the consolidated Adversary Case Nos. 2:13-ap-02149-ER and 2:14-ap-00172-VZ in the United States Bankruptcy Court for the Central District of California (Los Angeles Division), which provided that it is non-dischargeable pursuant to 11 U.S.C. § 523(a)(4).

IT IS FURTHER ORDERED that this Judgment shall bear interest at the rate of 2.59% per year from the date of entry.

Dated: October 4, 2018

_____
Hon. Dale S. Fischer
United States District Judge